# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANTHONY WATKIN,                                   1: 07 CV 01282 0WW  WMW HC

            Petitioner,                ORDER TO SHOW CAUSE

    v.

DERRAL G. ADAMS, WARDEN,

           Respondent.

_____/

     Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254.  On November 30, 2007,  the court entered an order requiring Respondent to file a notice of appearance in this case by February 4, 2008.  Respondent has not yet filed an appearance.  Accordingly, Respondent shall SHOW CAUSE within ten (10) days of the date of service of this order why he should not be sanctioned for failure to comply with a court order.

IT IS SO ORDERED.

**Dated:   February 14, 2008**          _____/s/  William M. Wunderlich_____
                               UNITED STATES MAGISTRATE JUDGE