IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WATKIN, | 1:07-cv-01282 OWW WMW (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER NUNC PRO TUNC |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | (DOCUMENT #14) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 28, 2008, respondent filed a motion to extend time to file an answer to the petition for writ of habeas corpus. Inasmuch as respondent filed an answer on February 29, 2008, and good cause having been presented to the Court,  IT IS HEREBY ORDERED that:

Respondent's  motion to extend time to file an answer to the petition for writ of habeas corpus is GRANTED nunc pro tunc to February 29, 2008.

IT IS SO ORDERED.

**Dated:    March 13, 2008**             /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE