UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WATKIN, | 1:07-CV-01282-OWW-JMD-HC |
| Petitioner, | ORDER REQUIRING RESPONDENT TO SUBMIT ADDITIONAL MATERIALS |
| v. | PURSUANT TO RULE 5(d)(1) OF THE RULES GOVERNING SECTION 2254 |
| DERRAL G. ADAMS, et. al, | CASES |
| Respondents. | |
| | RESPONSE DUE WITHIN THIRTY DAYS |

Petitioner Anthony Watkin ("Petitioner") is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus in the United States District Court for the Eastern District of California on August 27, 2007. (Pet. at 1). The Court ordered Respondent to file responsive pleading on November 30, 2007. Respondent filed an answer to the petition on February 29, 2008. On April 4, 2008, Respondent lodged various records with the Court pursuant to Rule 5 of the Rules Governing Section 2254 Cases.

Petitioner has filed two state habeas petitions before the California Supreme Court. See (Doc. 23). It appears that Petitioner filed his second state habeas petition after the commencement of this federal action in an attempt to exhaust certain claims. The California Supreme Court summarily denied Petitioner's second state habeas petition on March 11, 2009. See In re Watkin, 2009 Cal. LEXIS 2799 (Cal. 2009) (citing In re Clark, 5 Cal.4th 750 (1993); In re Robbins, 18 Cal.4th 770, 780 (Cal. 1998)).

1  The current record before the Court does not contain Petitioner's second state habeas petition,
2  and thus the Court is unable to determine whether or not all claims raised in Petitioner's federal
3  habeas petition are exhausted.  Accordingly, Respondent is HEREBY ORDERED to lodge
4  Petitioner's second state habeas petition with the Court pursuant to Rule 5(d)(1) of the Rules
5  Governing Section 2254 Cases within thirty (30) days.

IT IS SO ORDERED.

**Dated:   May 29, 2009**              /s/ John M. Dixon
                                       UNITED STATES MAGISTRATE JUDGE